UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

NICOLE L. BOETTGER,

Plaintiff,

v.

CASH FOR WHATEVER WISCONSIN, LLC,

Defendant.

Case No. 2:20-cv-00074

Magistrate Judge Pamela Pepper

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Nicole L. Boettger ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and in support of her Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against, Cash for Whatever Wisconsin, LLC.

Dated: February 28, 2020

Respectfully Submitted,

**NICOLE L. BOETTGER**

s/ *Marwan R. Daher*
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 537-1770
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Marwan R. Daher, an attorney, certify that on February 28, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ Marwan R. Daher