UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NICOLE L. BOETTGER,

    Plaintiff,

v.

    Case No. 20-cv-74-pp

CASH FOR WHATEVER WISCONSIN LLC,

    Defendant.

---

### ORDER DISMISSING CASE

---

On February 28, 2020, the plaintiff filed a Notice of Voluntary Dismissal with Prejudice. Dkt. No. 6. The court **ORDERS** that this case is **DISMISSED with prejudice**.

Dated in Milwaukee, Wisconsin this 2nd day of March, 2020.

    BY THE COURT:

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**